IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFREDO CAPOTE,

Defendant.

CIVIL ACTION FILE NO.

1:22-CR-124-TWT-RGV

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 68] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 32, 33 & 52]. The Report and Recommendation properly considers the *Barker* factors including the length of the delay, the reasons for the delay and the lack of prejudice. The Defendant's Objections are overruled. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 32, 33 & 52] is DENIED and the Motion Requesting Oral Argument [Doc. 85] is DENIED AS MOOT.

SO ORDERED, this __7th__ day of April, 2026.

THOMAS W. THRASH, JR.
United States District Judge