IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFREDO CAPOTE,

Defendant.

CIVIL ACTION FILE NO.

1:22-CR-124-TWT-RGV

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 55] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss for Violation of Statute of Limitations [Doc. 35]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the statute of limitations was tolled while the Defendant was a fugitive. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss for Violation of Statute of Limitations [Doc. 35] is DENIED.

SO ORDERED, this __7th__ day of April, 2026.


THOMAS W. THRASH, JR.
United States District Judge